IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BOB G. JONES, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-12-1955 |
| | § | |
| METROPOLITAN LIFE INSURANCE CO., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The motion to remand is granted. The Plan Administrator is ordered to consider Jones's additional evidence and make a new disability determination within 90 days of entry of this order. This case is stayed and administratively closed pending that review. The parties may reinstate this case to the active docket by filing a motion to do so within 14 days after the Plan Administrator concludes its review.

SIGNED on May 29, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge